# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0012
Lower Tribunal No. 2023-CA-016017

_____

RUBIN QUINONES,

Appellant,

v.

PELTA UCF PROPCO, LLC d/b/a HAMPTON INN & SUITES ORLANDO-EAST/UCF AREA,

Appellee

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Justin R. Clark, of Attorneys Justin Clark & Associates, PLLC, Maitland, for Appellant.

Michael V. Andriano and Therese A. Savona, of Cole Scott & Kissane, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED